THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C25-0917-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STANDARD PARKING CORPORATION, IL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and order for dismissal (Dkt. No. 16). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the remaining parties' stipulation is self-executing and this action is DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C25-0917-JCC
PAGE - 1

DATED this 3rd day of February 2026.

<u>Joshua C. Lewis</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C25-0917-JCC
PAGE - 2